UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7559

JAMES EDMOND WATTS,

Plaintiff - Appellant,

versus

PATRICIA E. CONNER, Correctional Officer,
Augusta Correctional Center; L. SAUNDERS,
Warden; JACK LEE; S. JAMES TAYLOR; MAJOR DAY;
D. BOYERS, Captain; INVESTIGATOR REYNOLDS;
LAWRENCE W. DURY, III; L. H. HUFFMAN; SERGEANT
STARKEY,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-94-586-R)

Submitted: February 11, 1997          Decided: August 19, 1997

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Edmond Watts, Appellant Pro Se. Pamela Anne Sargent, Assis-
tant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Defendants' motion for summary judgment and dismissing his complaint filed pursuant to 42 U.S.C. § 1983 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Watts v. Conner</u>, No. CA-94-586-R (W.D. Va. Sept. 24, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>